983 So.2d 1033 (2008)
CONNER
v.
BOARD OF LEVEE COM'RS OF ORLEANS LEVEE DIST.
UNION TITLE GUARANTEE CO., INC.
v.
BOARD OF LEVEE COM'RS OF ORLEANS LEVEE DIST.
SUCCESSION OF URSIN
v.
BOARD OF LEVEE COM'RS OF ORLEANS LEVEE DIST.
Nos. 2007-CA-0985, 2007-CA-0986, 2007-CA-0987, 2007-CA-1292.
Court of Appeal of Louisiana, Third Circuit.
June 4, 2008.
BAGNERIS, J.
Decision without published opinion. Reversed in Part and Remanded.